MORRISON LAW GROUP, PC
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Attorney for Debtor
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-25390 |
| Kyleigh Spratley § | Chapter 13 |
| § | Honorable Kevin R. Anderson |
| Debtor § | |

### MOTION TO INCUR NEW DEBT AND APPLICATION FOR COMPENSATION

Comes now Kyleigh Spratley (hereinafter "Debtor"), through counsel, and hereby files this Motion to Incur New Debt. Debtor respectfully seeks this Court's approval for the purchase of a new vehicle and in support thereof, Debtor represents the following facts:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. On or about December 23, 2021, Debtor filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code pursuant to the provisions of 11 U.S.C. Section 362.

3. Debtor is current on the Chapter 13 Plan payments.

4. Debtor is in month one (1) of the Chapter 13 Plan.

5. Debtor's Plan calls for a payment of $250.00.

6. Debtor currently has no automobile and no other reliable source of transportation.

7. Debtor is in need of a reliable vehicle to get to and from work, perform day-to-day tasks to be able to complete a successful Chapter 13 case.

8. If the motion to incur new debt is denied it will make it difficult for Debtor to maintain employment and continue funding the Chapter 13 Plan.

9. Debtor wishes to purchase a 2015 Hyundai Santa Fe or similar vehicle, with a financed price of up to $20,827.29 at approximately 20.49% interest and seventy-two (72) monthly payments of up to approximately $504.81, pursuant to the terms in Exhibit A.

10. Counsel is seeking fees of approximately $1,000.00 associated with bringing this Motion and will file a separate fee application. Counsel will provide a copy of the fee application to any interested party upon request.

WHEREFORE, Debtor prays that the Court enter an Order allowing Debtor to incur this additional debt for the limited purpose as stated above; and for such other and further relief as the Court deems just.

Dated this: January 14, 2022

/s/ Cory B. Cottam
Cory B. Cottam
Attorney for Debtor

# Exhibit A

**(UT) New Start Auto, LLC**
4050 S. Main St
Salt Lake City    UT    84107
(801)266-3266    Phone
(801)906-2168    Fax

# Customer Payment Quote

| QUOTE PREPARED FOR | QUOTE DATE / DEAL ID |
|---|---|
| KYLEIGH SPRATLEY | 01/07/2022    9431195 |
| ADDRESS | TELEPHONE |
| 163 N 600 E | (385)298-3544 |
| CITY, STATE ZIP | SALESPERSON(S) |
| Kaysville    UT    84037 | |

## VEHICLE BEING QUOTED

| | |
|---|---|
| STOCK #: | 247360 |
| VIN: | 5XYZT3LB2FG247360 |
| YEAR: | 2015 |
| MAKE: | Hyundai |
| MODEL: | Santa Fe |
| MILEAGE: | 64709 |
| EXTERIOR COLOR: | |
| EXTERIOR TRIM/BODY: | Sport 2.4 FW SPORT UTILI |
| INTERIOR COLOR: | |
| ADDITIONAL INFO: | 6-Speed Automat 2.4L L4 DOH |
| OPTIONS: | ABS Brakes,Air Conditioning,Alloy Wheels,AM/FM Radio,Child Safety Door Locks,Cruise Control,Daytime Running Lights,Deep Tinted Glass,Driver Airbag,Electronic Brake Assistance,First Aid Kit,Front Side Airbag,Interval Wipers,Passenger |

## FINANCING INFORMATION

| | |
|---|---|
| VEHICLE PRICE: | $19,000.00 |
| CASH DOWN: | $0.00 |
| DEFERRED DOWN(S): | $0.00 |
| NET TRADE-IN: | $0.00 |
| ADD-ON PRODUCTS: (Warranty, Credit Life,etc) | $0.00 |
| ITEMIZED CHARGES: (Dealer Inv. Tax, Title, License, Doc Fees) | $438.91 |
| SALES TAX: | $1,388.38 |
| AMOUNT FINANCED: | $20,827.29 |

LIEN HOLDER:    Kaizen Financial, LLC
PO Box 651126
Salt Lake City    UT    84165

## PAYMENT INFORMATION

| | |
|---|---|
| APR: | 20.4904% |
| CONTRACT DATE: | 01/07/2022 |

| 72 | $504.81 | 02/07/2022 | Monthly |
| 0 | $0.00 | 01/07/2028 | |

## TRADE IN DESCRIPTION

| | |
|---|---|
| YEAR: | |
| MAKE: | |
| MODEL: | |
| MILEAGE: | |
| VIN: | |
| TRADE IN AMOUNT: | 0 |
| TRADE IN PAYOFF: | 0 |
| BALANCE OWED TO: | |

## DEFERRED DOWNS

| | |
|---|---|
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| $0.00 | $0.00 |

THE DESCRIBED VEHICLE IS SOLD AS IS, WITHOUT EITHER EXPRESSED OR IMPLIED WARRANTIES OF ANY KIND BY SELLER, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS, AND BUYER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECTS THAT PRESENTLY EXIST OR THAT MAY OCCUR IN THE VEHICLE.

I/WE HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH IN THIS PAYMENT QUOTE.

Seller _____    Buyer _____
(UT) New Start Auto, LLC                                                    KYLEIGH SPRATLEY

Officer _____    Co-Buyer _____